**Order entered December 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-09-01068-CV

### DONALD CARDWELL AND 121 INVESTMENTS, L.L.C., Appellants

### V.

### BILL GURLEY, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-03299**

## ORDER

In an order dated October 27, 2015, the Court ordered Felicia Pitre, Dallas County District Clerk, to file the clerk's record by November 30, 2015. As of today's date, the clerk's record has not been filed. Accordingly, we **ORDER** Ms. Pitre to file the clerk's record by **DECEMBER 21, 2015**.

We also ordered Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file the reporter's record by November 30, 2015. In a letter dated November 20, 2015, Ms. Dobbins informed the Court that Gina Udall was the official court reporter when this case was tried. Ms. Dobbins forwarded the order to Ms. Udall. Ms. Dobbins also informed the Court that she reported the bench trial held on October 1, 2015. We **ORDER** Ms. Dobbins, as the

current official court reporter, to coordinate with Ms. Udall and ensure that all records requested by appellant are filed by **JANUARY 4, 2016**.

We **DIRECT** the clerk of this Court to send a copy of this order to Ms. Pitre, Ms. Dobbins, Ms. Udall, and all parties.

/s/    ELIZABETH LANG-MIERS
JUSTICE